UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:15cr132-RJC |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM ALBERT ULMER, | ) | |
| a/k/a "Bill Ulmer," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | ORDER UNSEALING INDICTMENT |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment and Arrest Warrant be unsealed,

**IT IS HEREBY ORDERED** that the Indictment and Arrest Warrant shall be unsealed.

Date: May 28, 2015

_____
United States Magistrate Judge